No. 17,103.

FLANDERS *v.* STARKWEATHER ET AL.

(265 P. [2d] 237)

Decided December 28, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. JOHN W. ELWELL, for plaintiff in error.

Mr. L. E. LANGDON, Messrs. SEAVY & SEAVY, for defendants in error.